COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Timothy Michael Cassidy
Cassidy & Gunnell
P.O. Box 1446
Jennings LA 70546

**REHEARING ACTION: July 20, 2018**

**Docket Number: 18   00393-KW**

**STATE OF LOUISIANA
VERSUS
LEO MAX WILLIAMS &
SHANEKA ANN WILLIAMS**

**Writ Application from Jefferson Davis Parish Case No. CR-148-17-1, CR-148-17-2**

**BEFORE JUDGES:**

    **Hon. John D. Saunders
    Hon. Marc T. Amy
    Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Leo Max Williams and Shaneka Ann Williams** is:

    **REHEARING DENIED.**   Defendants' application for rehearing in
    this court's docket number KW 18-393 is denied.  Defendants have
    not filed an application for rehearing in this court's docket number
    KW 17-907.

cc: Bennett R. LaPoint, Counsel for the Applicant
    Michael Cade Cassidy, Counsel for the Applicant
    William J. Riley, III, Counsel for  the Respondent